```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

LEABERT ANTHONY RANCE,              *

    Petitioner,                    *

vs.                                 *
                                                CASE NO. 4:12-CV-213-CDL-MSH
ERIC HOLDER, JANET NAPOLITANO,      *      28 U.S.C. § 2241
FELICIA SKINNER, and MICHAEL
SWINTON,                            *

    Respondents.                   *

## ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on April 15, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 16th day of May, 2013.

                                                  s/Clay D. Land
                                                  CLAY D. LAND
                                                  UNITED STATES DISTRICT JUDGE